| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____ Chapter  7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Rockhampton Energy, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 36-4696699 |

| **4.** | **Debtor's address** | **Principal place of business**<br><br>10156 US HWY 25E<br>Pineville, KY 40977<br>Number, Street, City, State & ZIP Code<br><br>Bell<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| **5.** | **Debtor's website** (URL) | |
|---|---|---|

| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor    Rockhampton Energy, LLC                              Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____                                Relationship _____
District _____  When _____  Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor   Rockhampton Energy, LLC _____   Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Rockhampton Energy, LLC _____    Case number (*if known*)_____
       Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   October 1, 2019
              MM / DD / YYYY

**X** /s/ Emily Brooke Lloyd                      Emily Brooke Lloyd
Signature of authorized representative of debtor   Printed name

Title   Member

**18. Signature of attorney**

**X** /s/ John T. Hamilton, Esq.                  Date  October 1, 2019
Signature of attorney for debtor                        MM / DD / YYYY

John T. Hamilton, Esq. 28127
Printed name

Gess Mattingly & Atchison, P.S.C.
Firm name

201 W. Short Street, Ste. 102
Lexington, KY 40507
Number, Street, City, State & ZIP Code

Contact phone  (859) 252-9000     Email address  jhamilton@gmalaw.com

28127 KY
Bar number and State

Air Hydro Power, Inc.
PO Box 9001005
Dept. 200
Louisville KY 40290-1005


Anthem Bluecross Blueshield
PO Box 6501
Carol Stream IL 60197-6501


AT&T
PO Box 105262
Atlanta GA 30348-5262


Auxier Welding, Inc.
PO Box 99
Belva WV 26656


BBS Mine Battery Service
PO Box 963
Harlan KY 40831


Black Mountain Engineering, PLLC
601 S. Main Street
Barbourville KY 40906


Blair Tire Sales
3309 Temple Hill Road
Erwin TN 37650


Brooks Tire Service
PO Box 96
Fourmile KY 40939


Carroll Engineering Co.
PO Box 860
Harlan KY 40831


Catalyst Resources, LLC
2285 Executive Drive, Ste. 104A
Lexington KY 40505


Cincinnati Mine Machinery Co.
2950 Jonrose Ave
Cincinnati OH 45239

```
Cintas
PO Box 630921
Cincinnati OH 45263-0921


Claude Wilder
PO Box 46
136 Jerome Caldwell Rd
Stoney Fork KY 40988


Commonwealth Technology
PO Box 706326
Ste. 110
Cincinnati OH 45270-6326


Department of the Treasury
Internal Revenue Service
Philadelphia PA 19154


Donald Mills



Emery Exterminating Co., Inc.
406 WInchester Ave
Middlesboro KY 40965


G&M Oil
76 Old 25E
Barbourville KY 40906


Highland Machinery Corp-WV
PO Box 1190
Oak Hill WV 25901


Holston Gases
1854 North Hwy 25 W
Williamsburg KY 40769


Innovative Wireless Technologies
1100 Main Street
Lynchburg VA 24504


IRTEC
PO Box 306
Caryville TN 37714
```

```
J&L Bit Service
PO Box 267
Pennington Gap VA 24277


Johnson Industries
101 Pine Fork
Pikeville KY 41501


Kentucky Dept. of Revenue
Frankfort KY 40620-0004


Kentucky Mine Supply Company, Inc.
PO Box 779
Harlan KY 40831


Kentucky Unemployment Ins
129 Pine Street
Pineville KY 40977


KJ Trucking
420 Faiview Road
Middlesboro KY 40965


KU 3000-2216-1701
PO Box 9001954
Louisville KY 40290-1954


KU 3000-2841-3437
PO Box 9001954
Louisville KY 40290-1954


Mattco, Inc.
65 Albert Lane
Harlan KY 40831


Mills Brothers Garbage Service, Inc.
PO Box 260
Girdler KY 40943


Mills Furniture & Appliance
PO Box 199
Arjay KY 40902
```

Mine Lifeline, LLC
PO Box 4542
Chapmanville WV 25508


Mine Safety & Health Admin
PO Box 790390
Saint Louis MO 63179-0390


Mine Service Company, Inc.
PO Box 858
Hazard KY 41702


New Hampshire Insurance Co.
c/o Michael Merrick, Esq.
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville KY 40202


Pineville Utility Commission
PO Box 277
Pineville KY 40977


Robert Sawyers
228 Lick Creek Road
Lick Creek KY 41540


Rockwood Casualty Insurance Company
654 Main Street
Rockwood PA 15557


S&S Service, Inc.
PO Box R
Cumberland KY 40823


Saylor Electric & Equip Co., Inc.
1418 Hwy 2007
Wallins Creek KY 40873


Star Septic Service
PO Box 1427
Middlesboro KY 40965


Strata Safety Products, LLC
8995 Roswell Road
Atlanta GA 30350

Time Warner Cable
PO Box 233085
Pittsburgh PA 15251-2085


Townsley Enterprises
196 Miller Branch
Bimble KY 40915


United States Treasury
PO Box 979110
Saint Louis MO 63179-9000


Valley Mine Service
PO Box1707
New Tazewell TN 37824


WC Hydraulics, LLC
1725 Philpot Lane
Beaver WV 25813


Whayne Supply Company
10001 Linn Station Rd
Louisville KY 40223


White Armature Works, Inc.
PO Box 330
1150 Huff Creek Hwy
Mallory WV 25634


Zebulon Machine Shop, Inc.
360 Raccoo Road
Raccoon KY 41557

# United States Bankruptcy Court
### Eastern District of Kentucky

In re   Rockhampton Energy, LLC   
Debtor(s)

Case No.   
Chapter   7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Rockhampton Energy, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Emily Brooke Lloyd
10156 US Hwy 25E
Pineville, KY 40977

☐ None [*Check if applicable*]

October  1, 2019  
Date

/s/ John T. Hamilton, Esq.  
John T. Hamilton, Esq. 28127  
Signature of Attorney or Litigant  
Counsel for   Rockhampton Energy, LLC  
Gess Mattingly & Atchison, P.S.C.  
201 W. Short Street, Ste. 102  
Lexington, KY 40507  
(859) 252-9000 Fax:(859) 233-4269  
jhamilton@gmalaw.com