**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 7** |
| **ROCKHAMPTON ENERGY, LLC,** | ) | |
| | ) | **Honorable Gregory R. Schaaf** |
| **DEBTOR** | ) | **Case No. 19-61253-grs** |
| | ) | |

**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Louis M. Bubala III, Esq., an attorney with the law firm of Kaempfer Crowell, 50 W. Liberty Street, Suite 700, Reno, Nevada, hereby moves this Court for entry of an order admitting him to appear *pro hac vice* before this Court on behalf of Rockwood Casualty Insurance Company ("<u>Rockwood Casualty</u>") in the above-referenced bankruptcy proceeding. In support of this Motion, I state as follows:

1.      I am a practicing attorney duly licensed in the State of Nevada and am admitted to practice in the highest court of the State of Nevada and the District of Nevada. There are no disciplinary proceedings against me.

2.      I will tender payment of the prescribed fee to the District Court.

3.      As stated in the affidavit in support of this Motion and the Nevada Certificate of Good Standing from the State Bar of Nevada attached hereto as <u>Exhibits 1 and 2</u>, respectively, and incorporated herein by reference, I am in good standing and eligible to practice in all courts in which I am admitted to practice and I consent to be subject to the jurisdiction and rules of the Supreme Court of Kentucky governing professional conduct.

WHEREFORE, Louis M. Bubala III respectfully requests entry of an order admitting him

to appear *pro hac vice* in this case on behalf of Rockwood Casualty.

Dated:  November 18, 2019                    Respectfully submitted,

                                             **KAEMPFER CROWELL**


                                             */s/ Louis M. Bubala III*
                                             Louis M. Bubala III (Nevada Bar No. 8974)
                                             50 W. Liberty Street, Suite 700
                                             Reno, Nevada  89501
                                             (775) 852-3900 Telephone
                                             (775) 327-2011 Facsimile
                                             lbubala@kcnvlaw.com

                                             *Counsel for Rockwood Casualty Insurance Co.*


## CERTIFICATE OF SERVICE

It is hereby certified that on November 18, 2019, a true and correct copy of the foregoing was served electronically through the Court's ECF system upon all Filing Users accepting Notice of Electronic Filing.

                                             */s/ Louis M. Bubala III*
                                             Louis M. Bubala III

# Exhibit 1

# Exhibit 1

# EXHIBIT 1

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) |  |
|  | ) | **Chapter 7** |
| **ROCKHAMPTON ENERGY, LLC,** | ) |  |
|  | ) | **Honorable Gregory R. Schaaf** |
| **DEBTOR** | ) | **Case No. 19-61253-grs** |
|  | ) |  |

### AFFIDAVIT OF LOUIS M. BUBALA III IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Louis M. Bubala III, being duly sworn, deposes and says:

1.      I am of counsel with the law firm of Kaempfer Crowell, and maintain an office at 50 W. Liberty Street, Suite 700, Reno, Nevada 89501.

2.      I am a practicing attorney duly licensed in the State of Nevada and am admitted to practice in the highest court of the State of Nevada and the District of Nevada.

3.      I am a member in good standing and eligible to practice in each court in which I have been admitted to practice.

4.      I hereby consent to be subject to the jurisdiction and rules of the Supreme Court of Kentucky governing professional conduct.

I swear under penalty of perjury the foregoing is true and correct.

DATED:  November 15, 2019.

Louis M. Bubala III (Nevada Bar No. 8974)
50 W. Liberty Street, Suite 700
Reno, Nevada  89501
(775) 852-3900 Telephone
(775) 327-2011 Facsimile
lbubala@kcnvlaw.com

*Counsel for Rockwood Casualty Insurance Co*

STATE OF NEVADA          )
                         : ss.
COUNTY OF WASHOE         )

The foregoing affidavit was subscribed, sworn to, and acknowledged before me by Louis M. Bubala III on this _15th_ day of November, 2019.

_Merrilyn H. Marsh_

Notary Public
State at Large:  Nevada
My Commission Expires:  _10-17-22_

MERRILYN H. MARSH
Notary Public, State of Nevada
No. 94-0191-2
My Appt. Exp. Oct. 17, 2022

2

# Exhibit 2

# Exhibit 2

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Louis M. Bubala**,

**Bar Number 8974** was admitted by the Supreme Court of the State of Nevada on

**10/20/2004** as an Attorney and Counselor at Law duly licensed to practice in all courts of

the State of Nevada. It is further certified that **Louis M. Bubala** is now an

*Active* member of the State Bar of Nevada in good standing.

DATED Tuesday, November 05, 2019.

Michael Guttadaro
Member Services Administrator
State Bar of Nevada