**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE

**Rockhampton Energy, LLC**                                    CASE NO. 19-61253

**DEBTOR(S)**

**ORDER APPROVING APPEARANCE BY
COUNSEL FOR THIS PARTICULAR CASE**

This matter having come before the Court on the motion [ECF No. 26] of Louis M Bubala III, who is not admitted to practice in this Court but is an attorney in good standing in Nevada, to appear and participate in the above-captioned case pro hac vice, and the Court being otherwise properly and sufficiently advised, it is ORDERED:

Counsel may appear and participate in this particular case upon payment of the prescribed fee, accompanied by a copy of this Order, to the Clerk of the U.S. District Court, Eastern District of Kentucky, 101 Barr Street, Lexington, KY 40507, pursuant to Rule 83.2 of the Joint Local Rules for the United States District Courts for the Eastern and Western Districts of Kentucky. Payment of the prescribed fee shall be made within 14 days of the date of this Order. Failure to comply with this Order may result in motion [ECF No. 26] being denied, and any related filing by Louis M Bubala III may be stricken from the record.

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:
*Gregory R. Schaaf*
Bankruptcy Judge
Dated: Tuesday, November 19, 2019**
(tnw)